Certificate Number: 12433-CAN-DE-038480868

Bankruptcy Case Number: 21-50405


12433-CAN-DE-038480868

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2024, at 1:28 o'clock PM PDT, Maximino Rodriguez completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: May 15, 2024

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor

Certificate Number: 12433-CAN-DE-038480869

Bankruptcy Case Number: 21-50405


12433-CAN-DE-038480869

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2024, at 1:28 o'clock PM PDT, Maria Evelia Rodrguez Espinoza completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: May 15, 2024

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor