

**Signed and Filed: July 12, 2024**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Evan Livingstone, SBN 252008
Law Office of Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa CA 95407
Phone: (707) 206-6570
Fax:     (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtors
Maximino Rodriguez and
Maria Evelia Rodriguez

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 21-50405 |
| MAXIMINO RODRIGUEZ and MARIA EVELIA RODRIGUEZ | Chapter 13 |
| Debtor(s) | **ORDER ON MOTION TO PERMIT LATE FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE** |
| | Judge:   Hon. Hannah L. Blumenstiel Date:    Notice and Opportunity |

On June 10, 2024, Debtors Maximino Rodriguez and Maria Evelia Rodriguez filed and served a Motion for Order Permitting Filing of Late Financial Management Course Certificate pursuant to pursuant to Fed. R. Bankr. P. Rules 1007(c) and 9006(c), and Local Bankruptcy Rule 9006-1, along with a Notice and Opportunity for Hearing on Debtors' Motion, on the United States Trustee, the Chapter 13 Trustee, all creditors, and all parties in interest.

Upon consideration of the moving pleadings, there being no opposition, and good cause appearing:

**IT IS ORDERED** that Debtor's Motion to is GRANTED. The time for Debtors to file the personal financial management course certificates required by Fed. R. Bankr. P. Rule 1007(b)(7) is enlarged, so that Debtors may file their certificates and obtain their discharge.

*** END OF ORDER ***

COURT SERVICE LIST

1

2  MEB Loan Trust IV, U.S. Bank National Associates
3160 Crow Canyon Place, Suite 215
3  San Ramon, CA 94583-1110

4  Affinia Default Services, LLC
301 E Ocean Blvd Suite 1720
5  Long Beach, CA 90802-8813

6  Bank of America, N.A.
2380 Performance Drive
7  Richardson, TX 75082-4333

8  CHISPA Community Housing Improvement Sys
295 Main St Ste 100
9  Salinas, CA 93901-2742

10  Dovenmuehle Mortgage
1 Corporate Drive Suite 360
11  Lake Zurich IL 60047-8945

12  California Housing Finance Agency
c/o Tiffany & Bosco, P.A.
13  1455 Frazee Road, Suite 820
San Diego, CA 92108-4395
14

City of Salinas Community Development
15  65 W Alisal St 2nd Floor
Salinas, CA 93901-2750
16

Franchise Tax Board
17  Bankruptcy Section MS A340
PO Box 2952
18  Sacramento, CA 95812-2952

19
Internal Revenue Service
20  PO Box 7346
Philadelphia, PA 19101-7346
21

Office of the U.S. Trustee / SJ
22  U.S. Federal Bldg.
280 S 1st St. #268
23  San Jose, CA 95113-3004

24  Specialized Loan Servicing
6200 S Quebec St
25  Greenwood Village, CO 80111-4720

26
Devin Derham-Burk
27  P.O. Box 50013
San Jose, CA 95150-0013
28