Fill in this information to identify the case:

Debtor 1: <u>Maximino Rodriguez aka Maximino Rodriguez Caballero</u>

Debtor 2: <u>Maria Evelia Rodriguez aka Ma E. Espinoza de Rodriguez aka Maria E. Espinoza de Rodriguez</u>
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Northern District of California (San Jose)</u>
                                                          (State)

Case number <u>21-50405-HLB</u>

# Form 4100R
## Response to Notice of Final Cure Payment      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** <u>California Housing Finance Agency</u>      **Court claim no.** (if known): <u>2</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>2398</u>

**Property address:**    <u>1074 Partridge Way</u>
                        Number   Street

                        <u>Salinas, CA 93905</u>
                        City           State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
The next postpetition payment from the debtor(s) is due on:     ___/___/_____
                                                            MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                   (a) $ <u>1,044.39</u>

b. Total fees, charges, expenses, escrow, and costs outstanding:             + (b) $ <u>950.00</u>

c. **Total**. Add lines a and b.                                                          (c) $ <u>1,994.39</u>

Creditor asserts that the debtor(s) are contractually obligated for the     <u>04</u> / <u>01</u> / <u>2024</u>
postpetition payment(s) that first became due on:                       MM / DD / YYYY

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Chad L. Butler, Esq.                    Date April 11, 2024
   Signature

Print       Chad L. Butler, Esq. (#270888)       Title Attorney for Creditor
            First Name   Middle Name   Last Name

Company     Tiffany & Bosco, P.A. / 21-80320

**If different from the notice address listed on the proof of claim to which this response applies:**

Address     1455 Frazee Road Suite 820
            Number            Street
            San Diego, CA 92108
            City         State      ZIP Code

Contact phone 619-501-3503                    Email pocnotifications@tblaw.com

| Name: | Rodriguez | | | | | Date: 4/9/2024 | |
|---|---|---|---|---|---|---|---|
| Loan # | | | | Filed Bankruptcy 03/29/21 | | Time: 11:09 | |

| Date Posted to Account | Amount Paid | Post-Petition Due Date (Applied To) | Post-Petition Amount Due | Suspense Funds (+/-) | Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | $0.00 | |
| 05/25/21 | $ 1,000.00 | | | $ 1,000.00 | $ 1,000.00 | |
| 05/25/21 | $ 1,000.00 | 04/01/21 | $1,028.13 | $ (28.13) | $ 971.87 | First pp pmt @: $1,028.13 4/1/2021 |
| 05/25/21 | $ 56.26 | 05/01/21 | $1,028.13 | $ (971.87) | $ - | |
| 06/23/21 | $ 1,000.00 | | | $ 1,000.00 | $ 1,000.00 | |
| 06/23/21 | $ 28.13 | 06/01/21 | $1,028.13 | $ (1,000.00) | $ - | |
| 07/14/21 | $ 50.00 | | | $ 50.00 | $ 50.00 | |
| 07/14/21 | $ 500.00 | | | $ 500.00 | $ 550.00 | |
| 07/14/21 | $ 478.13 | 07/01/21 | $1,028.13 | $ (550.00) | $ - | |
| 08/17/21 | $ 1,000.00 | | | $ 1,000.00 | $ 1,000.00 | |
| 08/17/21 | $ 28.13 | 08/01/21 | $1,028.13 | $ (1,000.00) | $ - | |
| 09/20/21 | $ 1,028.13 | 09/01/21 | $1,028.13 | $ - | $ - | |
| 10/14/21 | $ 1,028.13 | 10/01/21 | $1,028.13 | $ - | $ - | |
| 12/08/21 | $ 1,050.00 | 11/01/21 | $1,028.13 | $ 21.87 | $ 21.87 | |
| 01/11/22 | $ 1,050.00 | 12/01/21 | $1,028.13 | $ 21.87 | $ 43.74 | |
| 02/11/22 | $ 1,028.13 | 01/01/22 | $1,028.13 | $ - | $ 43.74 | |
| 02/15/22 | $ 1,050.00 | 02/01/22 | $1,028.13 | $ 21.87 | $ 65.61 | |
| 03/09/22 | $ 962.52 | 03/01/22 | $1,028.13 | $ (65.61) | $ (0.00) | |
| 04/15/22 | $ 1,028.13 | 04/01/22 | $1,028.13 | $ - | $ (0.00) | |
| 05/09/22 | $ 1,028.13 | 05/01/22 | $1,028.13 | $ - | $ (0.00) | |
| 06/09/22 | $ 1,028.13 | 06/01/22 | $1,028.13 | $ - | $ (0.00) | |
| 07/15/22 | $ 1,028.13 | 07/01/22 | $1,028.13 | $ - | $ (0.00) | |
| 08/10/22 | $ 1,028.13 | 08/01/22 | $1,028.13 | $ - | $ (0.00) | |
| 09/15/22 | $ 1,057.52 | 09/01/22 | $1,057.52 | $ - | $ (0.00) | Pmt Change @: $1,057.52 9/1/2022 |
| 10/19/22 | $ 1,057.52 | 10/01/22 | $1,057.52 | $ - | $ (0.00) | |
| 11/16/22 | $ 1,057.52 | 11/01/22 | $1,057.52 | $ - | $ (0.00) | |
| 12/12/22 | $ 1,057.52 | 12/01/22 | $1,057.52 | $ - | $ (0.00) | |
| 01/11/23 | $ 1,057.52 | 01/01/23 | $1,057.52 | $ - | $ (0.00) | |
| 02/08/23 | $ 1,057.52 | 02/01/23 | $1,057.52 | $ - | $ (0.00) | |
| 03/08/23 | $ 1,057.52 | 03/01/23 | $1,057.52 | $ - | $ (0.00) | |
| 04/10/23 | $ 1,057.52 | 04/01/23 | $1,057.52 | $ - | $ (0.00) | |
| 05/12/23 | $ 1,057.52 | 05/01/23 | $1,057.52 | $ - | $ (0.00) | |
| 06/09/23 | $ 1,057.52 | 06/01/23 | $1,057.52 | $ - | $ (0.00) | |
| 07/13/23 | $ 1,044.39 | 07/01/23 | $1,044.39 | $ - | $ (0.00) | Pmt Change @: $1,044.39 7/1/2023 |
| 08/11/23 | $ 1,044.39 | 08/01/23 | $1,044.39 | $ - | $ (0.00) | |
| 09/14/23 | $ 1,044.39 | 09/01/23 | $1,044.39 | $ - | $ (0.00) | |
| 10/12/23 | $ 1,044.39 | 10/01/23 | $1,044.39 | $ - | $ (0.00) | |
| 11/08/23 | $ 1,044.39 | 11/01/23 | $1,044.39 | $ - | $ (0.00) | |
| 12/07/23 | $ 1,044.39 | 12/01/23 | $1,044.39 | $ - | $ (0.00) | |
| 01/10/24 | $ 1,044.39 | 01/01/24 | $1,044.39 | $ - | $ (0.00) | |
| 02/07/24 | $ 1,044.39 | 02/01/24 | $1,044.39 | $ - | $ (0.00) | |
| 03/14/24 | $ 1,044.39 | 03/01/24 | $1,044.39 | $ - | $ (0.00) | |
| | | | | $ - | $ (0.00) | |
| | | 04/01/24 | $1,044.39 | | | PP Due for: 4/1/2024 |
| | | PPFN | $950.00 | | | PP Delinquency: $1,994.39 |
| | | Totals: | $1,994.39 | | | Less Suspense: $0.00 |
| | | | | | | Total needed to cure delinquency: $1,994.39 |

Case: 21-50405   Doc#   Filed: 04/11/24   Entered: 04/11/24 09:40:55   Page 3 of 11

| Fill in this information to identify the case: |
|---|
| Debtor 1 <u>Maximino Rodriguez aka Maximino Rodriguez Caballero</u> |
| Debtor 2 <u>Maria Evelia Rodriguez aka Ma E. Espinoza de Rodriguez aka Maria E. Espinoza de Rodriguez</u><br>(Spouse, if filing) |
| United States Bankruptcy Court for the Northern District of California - San Jose<br>Case Number: <u>21-50405-HLB</u> |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**Name of Creditor:** California Housing Finance Agency          **Court Claim No.:** 2

**Last 4 digits** of any number you use to
Identify the debtor's account**:**          2398

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: __/__/____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | _____ | (1) | $_____ |
| 2. | Non-Sufficient Funds (NSF) Fees | _____ | (2) | $_____ |
| 3. | Attorney's Fees | _____ | (3) | $_____ |
| 4. | Filing Fees and Court Costs | _____ | (4) | $_____ |
| 5. | Bankruptcy/Proof of claim fees | _____6/4/2021_____ | (5) | $___475___ |
| 6. | Appraisal/Broker's Price Opinion Fees | _____ | (6) | $_____ |
| 7. | Property Inspections | _____ | (7) | $_____ |
| 8. | Tax Advances (non-escrow) | _____ | (8) | $_____ |
| 9. | Insurance Advances (non-escrow) | _____ | (9) | $_____ |
| 10. | Property Preservation expenses. Specify:_____ | _____ | (10) | $_____ |
| 11. | Other. Specify: _____Plan Review_____ | _____5/17/2021_____ | (11) | $___475___ |
| 12. | Other. Specify: _____ | _____ | (12) | $_____ |
| 13. | Other. Specify: _____ | _____ | (13) | $_____ |
| 14. | Other. Specify: _____ | _____ | (14) | $_____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Robert P. Zahradka, Esq.                                            Date June 15, 2021
 Signature

Print:        Robert P. Zahradka (SBN 282706)
                                                                        Title: Attorney for Creditor

Company    Tiffany and Bosco, P.A./21-80320

Address:    1455 Frazee Road,
            Suite 820
            San Diego, CA 92109

Contact phone: 619-501-3503                                             Email:pocnotifications@tblaw.com

# TIFFANY & BOSCO
### P.A.

MEGAN E. LEES (SBN 277805)
mel@tblaw.com
ROBERT P. ZAHRADKA (SBN 282706)
rpz@tblaw.com
1455 Frazee Road, Suite 820
San Diego, CA 92108
Tel.: (619) 501-3503

Attorneys for California Housing Finance Agency
T&B File No.: 21-80320

## UNITED STATES BANKRUPTCY COURT

## Northern District of California - San Jose Division

| | |
|---|---|
| In Re:<br><br>Maximino Rodriguez aka Maximino Rodriguez Caballero and Maria Evelia Rodriguez aka Ma E. Espinoza de Rodriguez aka Maria E. Espinoza de Rodriguez<br><br>Debtors | Bankruptcy No. 21-50405-HLB<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE** |

I, Billie Portz, whose business address appears below, certify that I am, and at all times hereinafter mentioned, more than 18 years of age. On June 15, 2021, I caused to be served true and correct copies of the following document(s):

**Notice of Postpetition Mortgage Fees, Expenses, and Charges**

To the following:

**SEE ATTACHED SERVICE LIST**

[X]   (BY U.S. MAIL) I am readily familiar with the practices of this office for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence placed for collection is deposited with the United States Postal Service with the postage thereon fully prepaid on the same day. On the date stated above, I placed an original or true copy of the foregoing document(s) described herein in an addressed, stamped, sealed envelope for collection and mailing following ordinary business practices.

[X]     (BY CM/ECF) I am readily familiar with the practices of this office for filing and servicing of documents by electronic means. Under that practice, the person(s) to be served are confirmed to be registered participants in the Electronic Filing System and that such person(s) are, in fact, receiving the Court's Notice of Electronic Filing in this subject case. On the date stated above, I caused an electronic copy of the foregoing document(s) described herein to be electronically filed and served in the above-captioned case following ordinary business practices.

[ ]     (BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL) I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: _____
_____
_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 15, 2021                    By: /s/ Billie Portz_____
                                        **7720 North 16th Street, Suite 300**
                                        **Phoenix, Arizona 85020**
                                        TB File No.: 21-80320

# SERVICE LIST

(In re Maximino Rodriguez aka Maximino Rodriguez Caballero and Maria Evelia Rodriguez aka Ma E. Espinoza de Rodriguez aka Maria E. Espinoza de Rodriguez, Case No: 21-50405-HLB, United States Bankruptcy Court for the Northern District of California)

SERVICE VIA FIRST-CLASS U.S. MAIL

Maximino Rodriguez aka Maximino Rodriguez Caballero
Maria Evelia Rodriguez aka Ma E. Espinoza de Rodriguez aka Maria E. Espinoza de Rodriguez
1074 Partridge Way
Salinas, CA 93905
(DEBTORS)


SERVICE VIA NOTICE OF ELECTRONIC FILING (NEF)

Evan Livingstone
evanmlivingstone@gmail.com
(DEBTORs ATTORNEY)

Devin Derham-Burk
ctdocs@ch13sj.com
(CHAPTER 13 TRUSTEE)

# TIFFANY & BOSCO
### P.A.

CHAD L. BUTLER (SBN 270888)
clb@tblaw.com
1455 Frazee Road, Suite 820
San Diego, CA 92108
Tel.: (619) 501-3503

Attorneys for California Housing Finance Agency
T&B File No.: 21-80320

## UNITED STATES BANKRUPTCY COURT

### Northern District of California*- San Jose Division

| In Re: | Bankruptcy No. 21-50405-HLB |
|---|---|
| Maximino Rodriguez aka Maximino Rodriguez Caballero and Maria Evelia Rodriguez aka Ma E. Espinoza de Rodriguez aka Maria E. Espinoza de Rodriguez | Chapter 13 |
| | **CERTIFICATE OF SERVICE** |
| Debtors | |

I, Billie Portz, whose business address appears below, certify that I am, and at all times hereinafter mentioned, more than 18 years of age. On April 11, 2024, I caused to be served true and correct copies of the following document(s):

**Response to Notice of Final Cure**

To the following:

**See Attached Service List**

[X] (BY U.S. MAIL) I am readily familiar with the practices of this office for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence placed for collection is deposited with the United States Postal Service with the postage thereon fully prepaid on the same day. On the date stated above, I placed an original or true copy of the foregoing document(s) described herein in an addressed, stamped, sealed envelope for collection and mailing following ordinary business practices.

[ ] (BY CM/ECF) I am readily familiar with the practices of this office for filing and servicing of documents by electronic means. Under that practice, the person(s) to be served are confirmed to be registered participants in the Electronic Filing System and that such person(s) are, in fact, receiving the Court's Notice of Electronic Filing in this subject case. On the date stated above, I caused an electronic copy of the foregoing

document(s) described herein to be electronically filed and served in the above-captioned case following ordinary business practices.

[ ] (BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL) I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

_____
_____

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated: April 11, 2024          By: /s/ Billie Portz

                                        **7720 North 16th Street, Suite 300**
                                        **Phoenix, AZ 85020**

# SERVICE LIST

SERVICE VIA FIRST-CLASS U.S. MAIL

Maximino Rodriguez aka Maximino Rodriguez Caballero
Maria Evelia Rodriguez aka Ma E. Espinoza de Rodriguez aka Maria E. Espinoza de Rodriguez
1074 Partridge Way
Salinas CA 93905
(Debtors)

Evan Livingstone
1160 N Dutton Ave Ste 105
Santa Rosa, CA 95401
 (Debtors' Attorney)

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013
(Chapter 13 Trustee)